No. 02–7326. GONZALEZ-CRUZ *v.* UNITED STATES; AVINA-LOPEZ *v.* UNITED STATES; JAVIER-LOPEZ *v.* UNITED STATES (Reported below: 43 Fed. Appx. 116); LOPEZ-LOPEZ *v.* UNITED STATES; MARTINEZ-CRUZ, AKA MARTINEZ-AGUILAR, AKA CRUZ-MARTINEZ *v.* UNITED STATES; MENDOZA-DIAZ *v.* UNITED STATES; MENDOZA-GUTIERREZ, AKA MONTALVAN-GUERRA *v.* UNITED STATES; MENDOZA-REYES *v.* UNITED STATES; RODRIGUEZ-VENEGAS *v.* UNITED STATES; SANDOVAL-NAVARRO *v.* UNITED STATES; and SANTANA-LOSANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7331. FORD *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–7332. HUGGINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7333. HAMILTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7334. BRUMFIELD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7336. VILLAFRANCA-BENAVIDES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7339. WARDRICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7343. RIVERA-CASTRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7348. COLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7357. LIQUORI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7381. CREASEY *v.* TIBBALS, WARDEN. Sup. Ct. Ohio. Certiorari denied.